# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LASHAWN L. O'NEAL  
2223 AUBURN STREET  
ROCKFORD, IL  61103

SSN-xxx-xx-1623

Case Number: 04-74821

Case filed on: 9/28/2004  
Plan Confirmed on: 12/17/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,700.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 216 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LASHAWN L. O'NEAL | 0.00 | 0.00 | 100.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 100.00 | 0.00 |
| 002 | MARK BERGER MOTORS | 1,904.67 | 1,904.67 | 1,904.67 | 0.00 |
|  | Total Secured | 1,904.67 | 1,904.67 | 1,904.67 | 0.00 |
| 001 | CITIZENS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | MARK BERGER MOTORS | 149.74 | 149.74 | 0.47 | 0.00 |
| 003 | AMERICAN FAMILY INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ANCHOR GROUP MANAGEMENT INC. | 2,770.11 | 2,770.11 | 8.13 | 0.00 |
| 005 | BAY AREA CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COTTONWOOD FINANCIAL | 685.36 | 685.36 | 2.01 | 0.00 |
| 008 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CHECK IT | 73.00 | 73.00 | 0.21 | 0.00 |
| 010 | COTTONWOOD FINANCIAL LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CPS SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS STATEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | EDGEBROOK DERMATOLOGY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | B-LINE LLC | 147.95 | 147.95 | 0.43 | 0.00 |
| 016 | PREMIER BANKCARD/CHARTER | 828.44 | 828.44 | 2.43 | 0.00 |
| 017 | GENESIS FINANCIAL SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HEALTH CARE BILLING SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | JAYHAWK ACCEPTANCE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MARY KAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | JEFFERSON CAPITAL SYSTEMS, LLC | 805.19 | 805.19 | 2.36 | 0.00 |
| 022 | ADVANCE CASH EXPRESS | 130.92 | 130.92 | 0.38 | 0.00 |
| 023 | MONCO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | PORTFOLIO RECOVERY ASSOCIATES | 4,141.59 | 4,141.59 | 12.15 | 0.00 |
| 028 | RESURGENT CAPITAL SERVICES | 396.50 | 396.50 | 1.16 | 0.00 |
| 029 | RISK MANAGEMENT ALTERNATIVES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD MERCANTILE AGENCY INC | 300.41 | 300.41 | 0.88 | 0.00 |
| 031 | UNITED STUDENT AID FUNDS | 2,463.46 | 2,463.46 | 7.23 | 0.00 |
| 032 | SBC CORPORATION | 901.83 | 901.83 | 2.65 | 0.00 |
| 033 | SOUTHWEST CREDIT SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | UNITED STUDENT AID FUNDS | 1,354.34 | 1,354.34 | 3.97 | 0.00 |
| 035 | ILLINOIS STUDENT ASSISTANCE COMM | 18,222.58 | 18,222.58 | 53.48 | 0.00 |
| 036 | ROCKFORD MERCANTILE AGENCY INC | 3,050.11 | 280.00 | 0.82 | 0.00 |
|  | Total Unsecured | 36,421.53 | 33,651.42 | 98.76 | 0.00 |
|  | Grand Total: | 39,690.20 | 36,920.09 | 3,467.43 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $3,467.43 |
| Trustee Allowance: | $232.57 |
| Percent Paid Unsecured: | 0.29 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                               /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008          By  /s/Heather M. Fagan